IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

MONICA GAFFNEY, the           )
Personal representative of    )
the Estate of Bessie Mae      )
Robinson, Deceased,           )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         3:12cv273-MHT
                              )             (WO)
LIFESOUTH COMMUNITY BLOOD     )
CENTERS, INC., and EAST       )
ALABAMA MEDICAL CENTER        )
FOUNDATION,                   )
                              )
     Defendants.              )

### JUDGMENT

During a conference call on October 9, 2012, plaintiff Monica Gaffney and defendant LifeSouth Community Blood Centers, Inc. agreed that this court no longer has diversity jurisdiction and that this case should be dismissed without prejudice.  Defendant East Alabama Medical Center Foundation has not entered an appearance.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirely without prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of October, 2012.

> /s/ Myron H. Thompson
> UNITED STATES DISTRICT JUDGE